UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIYA YALDA TOMA,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER D. KEISLER, Acting Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the Untied States Citizenship and Immigration Services; ALFONSO AGUILAR, Chief of Citizenship United States Citizenship and Immigration Services; PAUL M. PIERRE, District Director of the United States Citizenship and Immigration Service; ROBERT S. MUELLER III, Director of Federal Bureau of Investigation,<br><br>    Defendants. | Case No. 07cv1633 LAB (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND**<br><br>USCIS No. A47 565 541<br><br>[Docket No. 5] |

    The parties have jointly moved to remand this case to the U.S. Citizenship and Immigration Services ("USCIS"), representing that Plaintiff's name check is complete and USCIS is prepared to adjudicate his application within sixty days. This case is therefore hereby **REMANDED** for adjudication of the naturalization application. The remand is without prejudice to refiling in the event Plaintiff's application is denied or USCIS fails to adjudicate the application within sixty days of the date this order is entered.

    **IT IS SO ORDERED.**

DATED: October 15, 2007

                                                      *Larry A. Burns*

                                  **HONORABLE LARRY ALAN BURNS**
                                  United States District Judge